Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Christopher B. McKinley (SBN 306087)
christopher.mckinley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff
FOX FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOX FACTORY, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>SRAM, LLC, a Delaware limited liability company; and SANDLEFORD LIMITED TAIWAN BRANCH (IRELAND), a Taiwanese limited liability company,<br><br>                    Defendants. | Case No. 3:16-cv-00506-WHO<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff FOX Factory, Inc. ("FOX Factory"), by and through its attorneys, and for its First Amended Complaint against SRAM, LLC, and SANDLEFORD LIMITED TAIWAN BRANCH (IRELAND) (together referred to as "the SRAM Defendants"), alleges as follows:

## NATURE OF THE ACTION

1. This Complaint seeks judgment that the SRAM Defendants have infringed and continue to infringe FOX Factory's U.S. Patent No. 6,135,434 ("the '434 patent"). The '434 patent is titled "Shock Absorber with Positive and Negative Gas Spring Chambers." A true and accurate copy of the '434 patent is attached hereto as Exhibit A.

## THE PARTIES

2. Plaintiff FOX Factory is a corporation organized and existing under the laws of California, and has its principle place of business at 915 Disc Drive, Scotts Valley, California 95066.

3. On information and belief, Defendant SRAM, LLC is a limited liability company organized and existing under the laws of Delaware and has its principal place of business at 1000 West Fulton, Chicago, Illinois 60607. On its website, SRAM, LLC refers to itself and its offices in Chicago as the "World Headquarters" for SRAM.

4. On information and belief, Defendant Sandleford Limited Taiwan Branch (Ireland) is a limited liability company organized and existing under the laws of Taiwan and has its principal place of business at 1598-8, Chung Shan Rd., Taichung City, 42955 Taiwan R.O.C. On its website, SRAM refers to its offices and operations at that location as its "Asian Headquarters." Sandleford Limited Taiwan Branch (Ireland) is a wholly owned subsidiary of Sandleford Limited, which is a wholly owned subsidiary of Defendant SRAM, LLC.

## JURISDICTION

5. This Court has subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a), and under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

6. A substantial part of the events giving rise to FOX Factory's claims occurred in California and in this judicial district. The SRAM Defendants' infringement of the '434 patent have

caused foreseeable harm and injury to FOX Factory, a California Corporation headquartered in this district.

7. This Court has personal jurisdiction over SRAM, LLC by virtue of, *inter alia*, its systematic and continuous contacts with California and because SRAM, LLC infringes the '434 patent in California and in this judicial district. On information and belief, directly and/or through customers, dealers, intermediaries, and agents, Defendant SRAM, LLC offers for sale, sells, and distributes bicycle components and accessories in California and in this judicial district, including the products accused of infringement herein.

8. On information and belief, the SRAM Defendants do business under the name RockShox®, a trademark registered to SRAM, LLC, and sell products under that brand. On information and belief, SRAM, LLC maintains a website, www.sram.com/rockshox/, through which it advertises and promotes infringing RockShox® branded products, including the RockShox® rear air shock products accused of infringing the '434 patent herein, to customers in California and in this judicial district.

9. SRAM, LLC's website also identifies distributors and dealers of RockShox® products, including the products accused of infringing the '434 patent herein, in California and in this judicial district. On information and belief, SRAM, LLC has entered into one or more contracts with its distributors and dealers located and operating in California and in this judicial district for the promotion, offer for sale, sale, and distribution of SRAM's products, including the products accused of infringing the '434 patent herein, to customers/end users in California and in this judicial district. Additionally, on information and belief, RockShox® products, including the products accused of infringing the '434 patent herein, are offered for sale and sold through the retailer website www.amazon.com to purchasers in California and in this judicial district.

10. On information and belief, SRAM's bicycle components, including the products accused of infringement in this Complaint, operate in the manner and possess the structure shown and advertised on SRAM LLC's website and described in SRAM's product documentation, including, *inter alia*, in SRAM's Product Service Manuals, User Specifications and Standards, and Spare Parts Catalogs.

11. On information and belief, SRAM's bicycle components, including the products accused of infringement in this Complaint, are used on bicycles in California and in this judicial district.

12. On information and belief, Defendant Sandleford Limited Taiwan Branch (Ireland) manufactures, sells, and ships numerous SRAM products, including the RockShox® products accused of infringing the '434 patent herein. On information and belief, Defendant Sandleford Limited Taiwan Branch (Ireland) has entered into contracts with Defendant SRAM, LLC for the marketing and sale of products, including, for example, a Marketing Services Agreement. On information and belief, Defendant Sandleford Limited Taiwan Branch (Ireland) sells and/or ships the RockShox® products accused of infringing the '434 patent herein to customers in the United States, and also to other customers (including original equipment manufacturers and/or their agents) knowing that they import and/or resell those infringing products to customers in the United States, in California, and in this judicial district. The company Giant Bicycles is an original equipment manufacturer and one of the world's best-known bicycle brands. Although many Giant bicycles are equipped and sold with FOX Factory's superior rear air shocks, on information and belief Giant purchases infringing rear air shocks from Sandleford Limited Taiwan Branch (Ireland), some of which are shipped to and sold in the United States and throughout California, all with the knowledge of the SRAM Defendants. To name a single example, Giant Reign 2 bicycles including infringing SRAM Monarch rear air shocks are being offered for sale in the United States, in California, and in this district. This court has personal jurisdiction over Sandleford Limited Taiwan Branch (Ireland) in this action.

**FACTS**

13. For over thirty years, FOX Factory has been an industry leader in the design and development of high-performance shock absorbers and racing suspension products for mountain bikes, motorcycles, ATVs, UTVs, and off-road cars, trucks, and SUVs.

14. FOX Factory's '434 patent issued on October 24, 2000, and is titled "Shock Absorber with Positive and Negative Gas Spring Chambers." FOX Factory is the owner by assignment of all

right, title, and interest in and to the '434 patent and has the full and exclusive right to bring suit and enforce the '434 patent and to collect damages for infringement.

15. On information and belief, RockShox sold rear air shock products branded SID between 2000 and 2002. On information and belief, the SID air shock products had two separate air chambers, each separately pressurized by its own Schrader valve, and did not include a bypass channel. The SID air shock products had no bypass channel and did not practice the asserted claims of the '434 patent. On information and belief, in 2002, RockShox was reportedly struggling financially as a result of poor product sales and was acquired by SRAM. On information and belief, SRAM continued to offer the SID shocks until approximately 2004, when they were discontinued.

16. The dual Schrader valve design of the SID products required a rider to separately and correctly pressurize each air spring, which could be bothersome and problematic. FOX devised a simpler and better design that, among other things, achieves pressurization of the negative air spring chamber by a small, strategically placed bypass channel. FOX's improved design also eliminates the need to separately and correctly pressurize the positive and negative air spring chambers. This design is claimed in the '434 patent. Starting in 1999 FOX Factory began selling bicycle rear air shock products that practice the invention claimed in the '434 patent (generally identified as "Float" bicycle air shock products), having two air chambers that are charged via a single Schrader valve and a bypass channel.

17. A 2009 issue of *Decline* magazine identified the '434 patent as one of "the most significant patents in mountain bike history" and reported that "FOX's bypass chamber design made air shock setup up much easier for the consumer while offering the benefits of a pressurized negative air chamber." *See* Dkt. 60-4 at 6.

18. SRAM, LLC has had actual knowledge of the '434 patent since as early as December 9, 2005. On information and belief, in approximately 2004, SRAM ceased selling its SID air shock design, and in approximately 2008, SRAM began selling its Monarch line of air shock products despite having knowledge of FOX Factory's '434 patent. SRAM's Monarch air shock products infringe the '434 patent. On information and belief, at least some of the SRAM employees involved designing the Monarch products were aware of the '434 patent when they designed them. On

1  information and belief, at least some of the SRAM employees involved in developing the Accused

2  SRAM Air Shock Products (identified below) were aware of the '434 patent when they designed

3  them. All of the Accused SRAM Air Shock Products infringe '434 patent. SRAM continues to sell

4  the Monarch line of products, and, on information and belief, all of SRAM's current air shock

5  products infringe the '434 patent.

6        19.      On information and belief, Sandleford Limited Taiwan Branch (Ireland) has also had

7  knowledge of the '434 patent as the fully owned subsidiary of SRAM, LLC, based on SRAM, LLC's

8  control over Sandleford Limited Taiwan Branch (Ireland) (Stanley R. Day is Sandleford Limited

9  Taiwan Branch (Ireland)'s Division Head Executive and General Manager, and he is also the Chief

10  Executive Officer of SRAM, LLC), the substantial and continuing relationship between the SRAM

11  Defendants with respect to their infringement of the '434 patent and the making and selling of the

12  Accused SRAM Rear Air Shock products, and due to the privity the SRAM Defendants. For these

13  and additional reasons, SRAM, LLC's knowledge of the '434 patent is imputed on its wholly-owned

14  subsidiary Sandleford Limited Taiwan Branch (Ireland).

15  **A.**      **The Accused SRAM Rear Air Shock Products**

16        20.      On information and belief, the SRAM Defendants are engaged in the business of

17  designing, developing, offering for sale, selling, and importing into the United States, bicycle rear air

18  shocks including the "Monarch R," "Monarch RL," "Monarch RT," "Monarch RT3,"

19  "Monarch XX," "Monarch Plus R," "Monarch Plus RC3," "Vivid Air RC2," "Deluxe R," "Deluxe

20  RT," "Deluxe RL," "Deluxe RT3," "Deluxe RL Remote," "Super Deluxe R," "Super Deluxe RC3,"

21  "Super Deluxe RT Remote," "Super Deluxe RCT," and "Super Deluxe RC World Cup"

22  (collectively, "Accused SRAM Air Shock Products"). On information and belief, the SRAM

23  Defendants are engaged in the business of designing, developing, offering for sale, selling, and

24  importing into the United States, the "DebonAir Upgrade Kit."

25        21.      On information and belief, SRAM, LLC participates in and sets world-wide prices for

26  the Accused SRAM Air Shock Products, and controls and participates in the manufacturing and

27  production of those products by Sandleford Limited Taiwan Branch (Ireland), and there is a

28  substantial and continuing relationship between the two SRAM entities with respect to their

infringement of the '434 patent and the manufacturing and sales of the Accused SRAM Air Shock Products. For example, on information and belief, some employees of SRAM, LLC communicate and resolve conflicts and problems that arise during manufacturing by Sandleford Limited Taiwan Branch (Ireland) involving schedule, costing, and resources. On information and belief, some employees of SRAM, LLC also spend substantial portions of their time working at the facilities of Sandleford Limited Taiwan Branch (Ireland), including during production start-up and at other times in the project life cycle. On information and belief, some SRAM, LLC employees also contribute to the development of manufacturing processes and equipment used by Sandleford Limited Taiwan Branch (Ireland) for manufacturing products. On information and belief, SRAM, LLC's wholly owned subsidiaries, including Sandleford Limited Taiwan Branch (Ireland), act as its agents in the manufacture and/or sale of the Accused SRAM Air Shock Products. On information and belief, under SRAM, LLC's control, the SRAM Defendants act in a coordinated effort and in conjunction with one another to make and/or sell the Accused SRAM Air Shock Products. Indeed, on information and belief, all of SRAM, LLC's wholly owned subsidiaries, under SRAM, LLC's leadership, direction, and control, act in a coordinated effort and in conjunction with one another to make and/or sell SRAM's products.

22.     Each of the Accused SRAM Air Shock Products is a bicycle shock absorber. The Accused SRAM Air Shock Products infringe claims 2 and 9 of the '434 patent. Use of the "DebonAir Upgrade Kit" in conjunction with compatible Accused SRAM Air Shock Products (in accordance with SRAM's design and instructions) also infringes claims 2 and 9 of the '434 patent.

23.     The Accused SRAM Air Shock Products have a gas cylinder with first and second gas cylinder ends and the first gas cylinder end is closed. Said gas cylinder has a pressurization port.

24.     The Accused SRAM Air Shock Products have a damping unit. The damping unit has a damping fluid cylinder with an outer surface and first and second damping cylinder ends. The damping unit has a movement damping element movably mounted within the damping fluid cylinder. The second end of the damping fluid cylinder is telescopically housed within the gas cylinder.

25. The Accused SRAM Air Shock Products have a shaft connecting the movement damping element and the gas cylinder unit.

26. The Accused SRAM Air Shock Products have a first sliding seal carried by the gas cylinder unit and in sliding fluid-sealing contact with the outer surface of the damping fluid cylinder creating a sealed gas chamber within the gas cylinder.

27. The Accused SRAM Air Shock Products have a second sliding seal carried by the damping unit in fluid-sealing contact with the inner surface of the gas cylinder that divides the gas chamber into first and second gas chamber portions. The first gas chamber portion is defined between the second sliding seal and the first end of the gas cylinder and the second gas chamber portion is defined between the first and second sliding seals.

28. The second gas chamber portion in the Accused SRAM Air Shock Products acts as an air negative spring that automatically balances the force on the damping unit when the gas pressure within the gas chamber is above an ambient pressure so that the shock absorber is in an equilibrium condition.

29. The Accused SRAM Air Shock Products have a bypass channel in the gas cylinder that permits fluid to bypass the second sliding seal when the second sliding seal is at a chosen position along the gas cylinder.

30. On information and belief, SRAM also sells and offers for sale in the United States, and imports into the United States, products for use in conjunction with the Accused SRAM Air Shock Products, including at least the "DebonAir Upgrade Kit." On information and belief, customers who purchase such kits and install them in the United States following SRAM's instructions assemble a shock absorber that directly infringes claims 2 and 9 of the '434 patent.

### COUNT I

### Infringement of U.S. Patent No. 6,135,434

31. FOX Factory incorporates by reference each and every allegation set forth in the foregoing paragraphs 1 through 30 of this Complaint as if fully set forth and restated herein.

32. On information and belief, SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland), without the authority or consent of FOX Factory, have individually and together been and

continue to offer to sell and sell in the United States, and import into the United States, the Accused SRAM Air Shock Products. The Accused SRAM Air Shock Products infringe claims 2 and 9 of the '434 patent. Thus, SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) have directly infringed and continue to directly infringe the '434 patent.

33. SRAM, LLC has had knowledge of the '434 patent since as early as December 9, 2005, and on information and belief and due at least to its relationship and privity with SRAM, LLC, Sandleford Limited Taiwan Branch (Ireland) has also had knowledge of the '434 patent since the same date.

34. On information and belief, SRAM, LLC has intentionally taken action that has actually induced and continues to induce infringement of the '434 patent by Sandleford Limited Taiwan Branch (Ireland) by participating in the manufacturing of products, and encouraging and directing Sandleford Limited Taiwan Branch (Ireland) to make and sell the Accused SRAM Air Shock Products, which SRAM, LLC knows infringe, or has been willfully blind to its infringement. Additionally, on information and belief SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland), individually and together, have intentionally taken action that has actually induced and continues to induce direct infringement by manufacturers, distributors, dealers, and customers (including OEMs), and have known that the acts have been and are causing infringement of the '434 patent. These acts include, for example, providing Accused SRAM Air Shock Products to bicycle customers and OEMs overseas, such as Giant, knowing that Giant and other bicycles that include the infringing products will be imported into and sold in the United States. These acts also include, but are not limited to, (1) SRAM posting product documentation on its website and including it with its products, including, *inter alia*, SRAM's Product Service Manuals, User Specifications and Standards, and Spare Parts Catalogs, (2) on information and belief, SRAM distributing OEM documents and manuals, and entering into agreements with OEMs, and (3) SRAM contracting and entering into agreements with customers, distributors and dealers for the promotion, offers to sell, and sales of the Accused SRAM Air Shock Products and the "DebonAir Upgrade Kit."

35. On information and belief, SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland), individually and together, have contributed to and continue to contribute to direct

infringement of the '434 patent by supplying an important (material) component of the infringing products (as well as instructions for same) to customers, the "DebonAir Upgrade Kit," which is not a common component suitable for non-infringing use. On information and belief, SRAM, LLC, and Sandleford Limited Taiwan Branch (Ireland) have supplied the "DebonAir Upgrade Kit" with knowledge of the '434 patent and knowledge that the "DebonAir Upgrade Kit" was especially made or adapted for use in an infringing manner, or has been willfully blind to the infringement, and that distributors, dealers, and customers directly infringe the '434 patent in the United States when using the "DebonAir Upgrade Kit" with SRAM's Accused Air Shock Products in accordance with SRAM's design and instructions.

36. On information and belief, SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) have infringed the '434 patent in an egregious and willful manner and with knowledge of the '434 patent, or were willfully blind to that patent.

37. SRAM's infringement of the '434 patent has caused and continues to cause damages and irreparable harm to FOX Factory. FOX Factory is entitled to damages (1) from the period from January 29, 2010 (six years prior to the date that FOX Factory filed the Original Complaint in this action (Dkt. 1)) to March 30, 2012, because FOX complied with 35 U.S.C. § 287 during that period and beforehand, and (2) from the period beginning on January 29, 2016 and continuing until SRAM's infringement ceases or until the '434 patent expires.

**PRAYER**

WHEREFORE, FOX Factory respectfully prays that the Court enter judgment in its favor and award the following relief against SRAM:

A. Enter a judgment in favor of FOX Factory that SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) have infringed, individually and together, and through wholly owned subsidiaries, directly, contributorily, and by inducement, claims 2 and 9 of the '434 patent;

B. Preliminary and permanently enjoin SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) and their officers, directors, employees, agents, licensees, representatives, affiliates, subsidiary companies, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing the '434 patent;

C.     Order that SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) deliver up for destruction all infringing products in their possession;

D.     Award FOX Factory actual damages adequate to compensate for infringement by SRAM, LLC, Sandleford Limited Taiwan Branch (Ireland), individually and together, and through wholly owned subsidiaries, pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of infringement of the '434 patent by those entities;

E.     Award Fox Factory pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

F.     Find this to be an exceptional case and award FOX Factory its costs and attorney's fees under 35 U.S.C. § 285;

G.     Find that the infringement by SRAM, LLC and Sandleford Limited Taiwan Branch (Ireland) has been and continues to be egregious and willful misconduct, and award FOX Factory enhanced damages for willful patent infringement under 35 U.S.C. § 284; and

H.     Award and grant FOX Factory such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND FOR TRIAL BY JURY

Fox demands a jury trial on all matters triable to a jury.

Dated: July 21, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Jeffrey D. Smyth*
  Jeffrey D. Smyth
  Attorneys for Plaintiff
  FOX Factory, Inc.